## UNITED STATES of America, Plaintiff–Appellee

v.

## Jose CHAVEZ–PEREZ, Defendant–Appellant.

### No. 14–50199 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 16, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Jose Chavez–Perez, Washington, MS, pro se.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Chavez–Perez raises arguments that are foreclosed by *United States v. Teran–Salas,* 767 F.3d 453, 458–62 (5th Cir.2014), *cert. denied,* —— U.S. ——, 135 S.Ct. 1892, 191 L.Ed.2d 767 (2015). In *Teran–Salas,* we determined that the appellant was not entitled to relief based merely on the existence of a theoretical possibility that the defendant could be convicted under Texas Health & Safety Code § 481.112(a) for conduct that would not qualify as a federal drug trafficking offense. *See Teran–Salas,* 767 F.3d at 458. Chavez–Perez has not demonstrated "a realistic probability that Texas would prosecute under an 'administering' theory in a way that does not also constitute either 'dispensing' or 'distributing' under the federal sentencing guidelines." *Id.* at 461–62. Accordingly, the Government's motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.